| | |
|---|---|
| *Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number*<br>Victor Sahn, Esq. (State Bar No. 97299)<br>SulmeyerKupetz, APC<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>LB/L - DS Ventures Clovis, LLC<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Date Filed: March 25, 2010
☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Other: _____      Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/." followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      March 25, 2010
*Signature of Authorized Signatory of Filing Party*      Date

David Schwartzman
*Printed Name of Authorized Signatory of Filing Party*

**Manager of Liquidating Member**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/." followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/." followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/." followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____      March 25, 2010
*Signature of Attorney for Filing Party*      Date

Victor Sahn, Esq.
SulmeyerKupetz, APC
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| LB/L - DS Ventures Clovis, LLC | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|
| 95-4639419 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 113 N. San Vicente Blvd., Third Floor<br>Beverly Hills, CA<br>ZIP Code: 90211 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Los Angeles | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code: | ZIP Code: |

| Location of Principal Assets of Business Debtor (if different from street address above): | Clovis, CA |
|---|---|

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> LB/L - DS Ventures Clovis, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>LB/L - DS Ventures Clovis, LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br>X /s/ *[signature]*<br>Signature of Attorney for Debtor(s)<br>Victor Sahn 97299<br>Printed Name of Attorney for Debtor(s)<br>SulmeyerKupetz<br>Firm Name<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>Address<br><br>213.626.2311  Fax: 213.629.4520<br>Telephone Number<br>March 25, 2010        97299<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ *[signature]*<br>Signature of Authorized Individual<br>David Schwartzman<br>Printed Name of Authorized Individual<br>Manager of Liquidating Member<br>Title of Authorized Individual<br>March 25, 2010<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   LB/L - DS Ventures Clovis, LLC
_____
                        Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Central Pacific Bank<br>220 South King Street<br>Honolulu, HI 96813 | Central Pacific Bank<br>220 South King Street<br>Honolulu, HI 96813 | Deed of Trust | Disputed | 11,403,000.00<br><br>(6,000,000.00 secured) |
| David Schwartzman<br>113 N. San Vicente Blvd., 3rd Floor<br>Beverly Hills, CA 90211 | David Schwartzman<br>113 N. San Vicente Blvd., 3rd Floor<br>Beverly Hills, CA 90211 | Deed of Trust | | 2,500,000.00<br><br>(11,403,000.00 senior lien) |
| DS Ventures, LLC<br>113 N. San Vicente Blvd., 3rd Flr.<br>Beverly Hills, CA 90211 | DS Ventures, LLC<br>113 N. San Vicente Blvd., 3rd Flr.<br>Beverly Hills, CA 90211 | Deed of Trust | | 1,000,000.00<br><br>(11,403,000.00 senior lien) |
| Browning Contractor's, Inc.<br>5410 E. Home<br>Fresno, CA 93727 | Browning Contractor's, Inc.<br>5410 E. Home<br>Fresno, CA 93727 | Underground Utility Contractor | Disputed | 88,930.25 |
| Cabinet Connection<br>5783 E. Shields Avenue<br>Fresno, CA 93727 | Cabinet Connection<br>5783 E. Shields Avenue<br>Fresno, CA 93727 | Cabinets | Disputed | 67,765.00 |
| M & L Plumbing Co., Inc.<br>3540 North Duke<br>Fresno, CA 93727 | M & L Plumbing Co., Inc.<br>3540 North Duke<br>Fresno, CA 93727 | Plumbing Services | Disputed | 28,765.00 |
| A-1 Ornamental Ironworks<br>4637 E. White Avenue<br>Fresno, CA 93702 | A-1 Ornamental Ironworks<br>4637 E. White Avenue<br>Fresno, CA 93702 | Steel Foundation Work | Disputed | 19,486.75 |
| Willey Tile Company<br>5502 W. Mission, Suite 103<br>Fresno, CA 93722 | Willey Tile Company<br>5502 W. Mission, Suite 103<br>Fresno, CA 93722 | Ceramic Tile Services | Disputed | 17,352.00 |
| Kenyon Plastering<br>4667 N. Blythe Avenue<br>Fresno, CA 93722 | Kenyon Plastering<br>4667 N. Blythe Avenue<br>Fresno, CA 93722 | Plastering Services | Disputed | 15,287.50 |
| Mitchell Aire<br>4281 W. Shaw<br>Fresno, CA 93722 | Mitchell Aire<br>4281 W. Shaw<br>Fresno, CA 93722 | HVAC Services | Disputed | 14,841.00 |
| Quality Carpets<br>297 Shaw Avenue<br>Clovis, CA 93612-3818 | Quality Carpets<br>297 Shaw Avenue<br>Clovis, CA 93612-3818 | Carpeting | | 9,292.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   LB/L - DS Ventures Clovis, LLC          Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Hess Electric<br>13393 Saginaw Way<br>Sanger, CA 93657 | Hess Electric<br>13393 Saginaw Way<br>Sanger, CA 93657 | Electricians | Disputed | 9,274.00 |
| Central Distributing, Inc.<br>4250 W. Shaw Avenue<br>Fresno, CA 93722 | Central Distributing, Inc.<br>4250 W. Shaw Avenue<br>Fresno, CA 93722 | Fireplaces, Lighting Fixtures and Appliances | Disputed | 6,840.99 |
| Pacifc Door<br>7050 N. Harrison<br>Fresno, CA 93650 | Pacifc Door<br>7050 N. Harrison<br>Fresno, CA 93650 | Entry Doors and Hardware | Disputed | 6,418.00 |
| Everlast Paint Co.<br>1998 N. Elm Avenue<br>Clovis, CA 93619 | Everlast Paint Co.<br>1998 N. Elm Avenue<br>Clovis, CA 93619 | Painting Services | Disputed | 5,978.77 |
| Western Shower Door<br>4140 Business Center Dr.<br>Fremont, CA 94538-6354 | Western Shower Door<br>4140 Business Center Dr.<br>Fremont, CA 94538-6354 | Shower Doors | Disputed | 4,052.00 |
| United Site Services<br>3408 Hillcap Avenue<br>San Jose, CA 95136 | United Site Services<br>3408 Hillcap Avenue<br>San Jose, CA 95136 | On-site Services | Disputed | 3,523.54 |
| Fresno Shower Door<br>3603 W. Gettysburg Avenue<br>Fresno, CA 93722 | Fresno Shower Door<br>3603 W. Gettysburg Avenue<br>Fresno, CA 93722 | Shower Doors | Disputed | 1,902.00 |
| Alberto Mendoza's Cleaning Service<br>25787 Avenue 17<br>Madera, CA 93638 | Alberto Mendoza's Cleaning Service<br>25787 Avenue 17<br>Madera, CA 93638 | Cleaning Services | Disputed | 1,372.94 |
| Construction Rental Services<br>P.O. Box 2808<br>Fresno, CA 93745 | Construction Rental Services<br>P.O. Box 2808<br>Fresno, CA 93745 | On-site Conveniences | Disputed | 1,053.86 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of Liquidating Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   March 25, 2010          Signature   _/s/ David Schwartzman_
                                           David Schwartzman
                                           Manager of Liquidating Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   Riverfront Ventures, LLC, 1:09-bk-18832-MT, Central-San Fernando Valley Division
   San Feliciano Holding Company, LLC, 1:09-bk-16563-MT, Central-San Fernando Valley Division
   San Vicente Ventures, LLC, 1:09-bk-27075-MT, Central-San Fernando Valley Division
   David Schwartzman, 1:09-bk-16565-MT, Central-San Fernando Valley Division

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Beverly Hills, California        , California.

Dated   March 25, 2010

David Schwartzman
*Debtor*

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                              2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      Victor Sahn 97299

Address   333 South Hope Street 35th Floor Los Angeles, CA 90071-1406

Telephone 213.626.2311 Fax: 213.629.4520

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA ||
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: LB/L - DS Ventures Clovis, LLC | Case No.: |
| | Chapter: 11 |
| | |

### VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  March 25, 2010

David Schwartzman/Manager of Liquidating Member
Signer/Title

LB/L - DS Ventures Clovis, LLC
113 N. San Vicente Blvd., Third Floor
Beverly Hills, CA 90211

Victor Sahn
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406

OUST-LA
725 South Figueroa Street,
26th Floor
Los Angeles, CA 90017

A-1 Ornamental Ironworks
4637 E. White Avenue
Fresno, CA 93702


Alberto Mendoza's Cleaning Service
25787 Avenue 17
Madera, CA 93638


Browning Contractor's, Inc.
5410 E. Home
Fresno, CA 93727


Cabinet Connection
5783 E. Shields Avenue
Fresno, CA 93727


Central Distributing, Inc.
4250 W. Shaw Avenue
Fresno, CA 93722


Central Pacific Bank
220 South King Street
Honolulu, HI 96813


Constar Supply
200 Park Creek Drive
Clovis, CA 93611


Construction Rental Services
P.O. Box 2808
Fresno, CA 93745

David Schwartzman
113 N. San Vicente Blvd., 3rd Floor
Beverly Hills, CA 90211


DS Ventures, LLC
113 N. San Vicente Blvd., 3rd Flr.
Beverly Hills, CA 90211


Everlast Paint Co.
1998 N. Elm Avenue
Clovis, CA 93619


Fresno Shower Door
3603 W. Gettysburg Avenue
Fresno, CA 93722


GE Capital Modular Space
1200 Swedesford Road
Berwyn, PA 19312


Hess Electric
13393 Saginaw Way
Sanger, CA 93657


Kenyon Plastering
4667 N. Blythe Avenue
Fresno, CA 93722


M & L Plumbing Co., Inc.
3540 North Duke
Fresno, CA 93727

Mitchell Aire
4281 W. Shaw
Fresno, CA 93722


Moren Sheet Metal
1548 Menlo Avenue
Clovis, CA 93611-0508


Pacifc Door
7050 N. Harrison
Fresno, CA 93650


Quality Carpets
297 Shaw Avenue
Clovis, CA 93612-3818


Sanger Fence
P.O. Box 807
Sanger, CA 93657


United Site Services
3408 Hillcap Avenue
San Jose, CA 95136


Western Shower Door
4140 Business Center Dr.
Fremont, CA 94538-6354


Willey Tile Company
5502 W. Mission, Suite 103
Fresno, CA 93722

# United States Bankruptcy Court
## Central District of California

In re: LB/L - DS Ventures Clovis, LLC
Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| LB/L-DS Ventures Master, LLC<br>113 N. San Vicente Blvd.<br>Beverly Hills, CA 90211 | | 100% | Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of Liquidating Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: March 25, 2010

Signature: _____
David Schwartzman
Manager of Liquidating Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0 continuation sheets attached to List of Equity Security Holders